JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   INDICTMENT

          - v. -                  :   07 Cr. _____

CHRISTOPHER JOHNSON,                  07 CRIM 1176

          Defendant.              :

- - - - - - - - - - - - - - - - - x

                    COUNT ONE

     The Grand Jury charges:

     From in or about January 2007, through in or about October 2007, in the Southern District of New York and elsewhere, CHRISTOPHER JOHNSON, the defendant, an individual required to register under the Sex Offender Registration and Notification Act, unlawfully, willfully, and knowingly did travel in interstate commerce and fail to register and update a registration as required by the Sex Offender Registration and Notification Act, to wit, the defendant moved from California to Virginia to New York without updating his information with either California's sex offender database or New York's sex offender database as required by law.

          (Title 18, United States Code, Section 2250.)


_____            _____
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER JOHNSON,

Defendant.

### INDICTMENT

07 Cr. ___

(18 U.S.C. § 2250)

_____                    MICHAEL J. GARCIA
                                            United States Attorney.

A TRUE BILL

_____

12/14/07 Filed Indictment. Case assigned to Judge Patterson.
s/ Mag. Judge Katz