# Federal Defenders
## OF NEW YORK, INC.

Leonard F. Joy
Executive Director

Southern District
52 Duane Street–10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District of New York
John J. Byrnes
Attorney-in-Charge

RECEIVED
FEB - 1 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

DATE FILED: 2/1/08

February 1, 2008

**BY FAX**
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Christopher Johnson
     07 Cr. ~~1719~~ 1176 (RPP)

Dear Judge Patterson:

With the consent of the government, I write on behalf of my client, Christopher Johnson, to request a three-week adjournment of the motion schedule in the above-referenced case.

At a conference on January 3, 2008, the Court set the following schedule: Discovery due by January 10, Defense motions due by February 1, Government response due by February 15, and oral argument on February 20 at 4:00.

I received the discovery in Mr. Johnson's case on January 16. Since that time, the parties have been involved in discussions regarding a possible resolution to the case short of trial. I ask the motion schedule be adjourned for three weeks so those talks can continue. Assistant United States Attorney Randall Jackson informs me that the government consents to this request.

Mr. Johnson consents to the exclusion of time between today and the adjourn date from any speedy trial calculation.

Respectfully submitted,

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc: AUSA Randall Jackson (via facsimile)

*[Handwritten endorsement:]* Application granted. Def. motions by 2/21/08, Response by 3/6/08, argument by 3/18/08 at 4PM. So ordered. Robert P. Patterson 2/1/08