# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

[RECEIVED MAR - 6 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON]

## MEMO ENDORSED

*3/31 at 4pm.*

March 5, 2008

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/8/08]

**BY FAX**
Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Christopher Johnson**
    07 Cr. 1176 (RPP)

Dear Judge Patterson:

    With the consent of the government, I write on behalf of my client, Christopher Johnson, to request a three-week adjournment of the pretrial conference currently scheduled for Monday, March 10 at 4:00.

    I apologize to the Court for the inconvenience, but I will be out of town on March 10, and will return on March 13. Furthermore, the parties have been in discussions regarding a disposition of this case short of trial and expect to have a disposition within three weeks.

    Mr. Johnson consents to the exclusion of time between today and the adjourn date from any speedy trial calculation so that the discussions regarding a disposition of the case can be concluded.

Respectfully submitted,

*Peggy M. C.*

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc: AUSA Randall Jackson (via facsimile)

*Application granted. Conference adjourned to 3/31/08 at 4 PM. Time is excluded under the Speedy Trial Act in the interests of justice. So ordered. 3/8/08  Robert P. Patterson USDJ*