PS 8
(4/01)

# UNITED STATES DISTRICT COURT
for
Southern District Of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

RECEIVED
MAY 14 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

U.S.A. vs.        Johnson, Christopher        Docket No.    0208 1:07CR01176-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Leo Barrios, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Christopher Johnson who was placed under pretrial release supervision by the Honorable Kevin Fox sitting in the courtroom 5A at 500 Pearl St., in NYC on the 23rd day of October, 2008 under the following conditions:

$75,000 personal recognizance bond, cosigned by two financially responsible people, secured by $1,000 in cash, strict Pretrial supervision, home detention electronically monitored and travel limited to the SD/EDNY.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On 4/28/08, Mr. Johnson met with U.S. Probation in connection to the preparation of his Pre-sentence Investigation Report and a drug test was administered. Probation Officer Frankelis contacted this office and indicated that the test administered resulted positive for cocaine.

This officer contacted the defendant to confront him about it, and he admitted having used drugs with a friend at work.

Our office contacted AUSA Randall Jackson and Peggy Cross, Esq. and they have both agreed to our recommendation to request that the Court add drug testing and treatment as part of the defendant's bail conditions.

Mr. Johnson pled guilty on 4/7/08 to failure to register as a sex offender. He is scheduled to be sentenced before Your Honor on 7/7/08.

PRAYING THAT THE COURT WILL ORDER that the defendant be subjected to drug testing and treatment under the guidance of Pretrial Services.

ORDER OF COURT
Considered and ordered this  14th  day
of  May , 2008  and ordered filed and
made a part of the records in the above case.

_____
Hon. Robert P. Patterson
U.S. District Judge

Respectfully,
_____
Leo Barrios
U.S. Pretrial Services Officer

Place  NY, NY

Date  May 13, 2008